UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ELLESSE FALCON and
CHRISTOPHER FALCON,

                              Plaintiffs,                          23-CV-2933 (JPO)

              -v-                                                  ORDER

BEST FREIGHT LLC and HUBERT
PALACIOS,

                              Defendants.

J. PAUL OETKEN, District Judge:

      This case was removed from New York Supreme Court, Bronx County, on April 7, 2023.

Counsel for the plaintiffs is directed to file an appearance with this Court no later than April 28,

2023.

      Counsel for the defendant shall serve a copy of this order on counsel for the plaintiff by

April 17, 2023.

      SO ORDERED.

Dated:  April 12, 2023
      New York, New York

_____
          J. PAUL OETKEN
      United States District Judge