UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ELLESSE FALCON, ET AL.,<br><br>        Plaintiffs,<br><br>   v.<br><br>BEST FREIGHT LLC, ET AL.,<br><br>        Defendants. | 23-CV-2933 (DEH)<br><br>**NOTICE OF REASSIGNMENT** |

DALE E. HO, United States District Judge:

  This case has been reassigned to the undersigned. All counsel must familiarize themselves with the Court's Individual Practices, which are available at https://nysd.uscourts.gov/hon-dale-e-ho. Unless and until the Court orders otherwise, all prior orders, dates, and deadlines shall remain in effect notwithstanding the case's reassignment.

Dated: October 11, 2023
    New York, New York

                        _____
                           DALE E. HO
                       United States District Judge